JEFFREY B. BAIRD, SBN 199280
jbaird@mgfllp.com
JUSTIN M. STOGER, SBN 237647
jstoger@mgfllp.com

**MARKS, GOLIA & FINCH, LLP**

ATTORNEYS AT LAW
3900 HARNEY STREET – FIRST FLOOR
SAN DIEGO, CALIFORNIA 92110-2825
TELEPHONE: (619) 293-7000

Attorneys for Plaintiff United States of America, for the use and benefit of Mid Canada Millwork, Ltd.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF MID CANADA MILLWORK, LTD., a Canadian corporation,<br><br>　　　Plaintiff,<br><br>v.<br><br>DICK CORPORATION, a corporation; MATT CONSTRUCTION CORPORATION, a corporation; DICK CORPORATION/MATT CONSTRUCTION, a Joint Venture; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, a corporation; HARTFORD FIRE INSURANCE COMPANY, a corporation; and DOES 1 through 20, inclusive,<br><br>　　　Defendants. | CASE NO: 06-CV-00800-OWW-SMS<br><br>STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT AND ORDER |

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER　　　06-CV-00800-OWW-SMS

PDF created with pdfFactory trial version www.pdffactory.com

THE PARTIES, THROUGH THEIR COUNSEL OF RECORD, STIPULATE AS FOLLOWS:

Plaintiff Mid Canada Millwork, Ltd., grants defendants, Dick Corporation, Matt Construction Corporation, Dick Corporation/Matt Construction, J.V., American Casualty Company of Reading, Pennsylvania and Hartford Fire Insurance Company, an extension of their time to respond to the complaint to November 15, 2006.

DATED: October _____, 2006         MARKS, GOLIA & FINCH, LLP

By:_____
    JEFFREY B. BAIRD
    JUSTIN M. STOGER
Attorneys for Use-Plaintiff Mid Canada Millwork, Ltd.

DATED: October _____, 2006         KILPATRICK STOCKTON LLP

By:_____
    JOHN W. MILLS III
    California SBN 149861
Attorneys for Defendants Dick Corporation, Matt Construction Corporation, Dick Corporation/Matt Construction, J.V., American Casualty Company of Reading, Pennsylvania and Hartford Fire Insurance Company

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

MARKS, GOLIA & FINCH, LLP
3900 Harney Street
First Floor
San Diego, CA 92110
(619) 293-7000

2

STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND            06-CV-00800-OWW-SMS
TO COMPLAINT AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER ON STIPULATION

Based on the parties' preceding stipulation, IT IS HEREBY ORDERED that defendants Dick Corporation, Matt Construction Corporation, Dick Corporation/Matt Construction, J.V., American Casualty Company of Reading, Pennsylvania and Hartford Fire Insurance Company shall have until November 15, 2006, to respond to the complaint.

IT IS SO ORDERED:

Dated: October __5_, 2006                    _/s/ OLIVER W. WANGER_____
                                             Judge of the United States District Court

580.017/JS267.sls

MARKS, GOLIA & FINCH, LLP
3900 Harney Street
First Floor
San Diego, CA 92110
(619) 293-7000

3

STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND          06-CV-00800-OWW-SMS
TO COMPLAINT AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com