Randall F. Hafer
David A. Mobley
Admitted Pro Hac Vice

**KILPATRICK STOCKTON, LLP**

1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
TELEPHONE: (404) 815-6500
FACSIMILE: (404)541-3162

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF MID CANADA MILLWORK, LTD., a Canadian corporation,<br><br>Plaintiff,<br><br>v.<br><br>DICK CORPORATION, a corporation; MATT CONSTRUCTION CORPORATION, a corporation; DICK CORPORATION/MATT CONSTRUCTION, a Joint Venture; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, a corporation; HARTFORD FIRE INSURANCE COMPANY, a corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO: 06-CV-00800-OWW-SMS<br><br>JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT AND ORDER |

ORDER ON STIPULATION

Based on the parties' preceding stipulation, IT IS HEREBY ORDERED that defendants Dick Corporation, Matt Construction Corporation, Dick Corporation/Matt Construction, J.V., American Casualty Company of Reading, Pennsylvania and Hartford Fire Insurance Company shall have until January 16, 2006, to respond to the complaint. It is FURTHER ORDERED that the Scheduling Conference is rescheduled to March 16, 2007, at 8:45 a.m.

IT IS SO ORDERED:

Dated: December 14, 2006                            ____/s/ Oliver W. Wanger_____

                                                                        Judge of the United States District Court

[PROPOSED] ORDER ON JOINT STIPULATION                              06-CV-00800-OWW-SMS

PDF created with pdfFactory trial version www.pdffactory.com