Randall F. Hafer
David A. Mobley
Admitted Pro Hac Vice

**KILPATRICK STOCKTON, LLP**

1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
TELEPHONE: (404) 815-6500
FACSIMILE: (404)541-3162

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF MID CANADA MILLWORK, LTD., a Canadian corporation,<br><br>     Plaintiff,<br><br>v.<br><br>DICK CORPORATION, a corporation; MATT CONSTRUCTION CORPORATION, a corporation; DICK CORPORATION/MATT CONSTRUCTION, a Joint Venture; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, a corporation; HARTFORD FIRE INSURANCE COMPANY,  a corporation; and DOES 1 through 20, inclusive,<br><br>     Defendants. | CASE NO:  06-CV-00800-OWW-SMS<br><br>ORDER ON JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT |

<u>ORDER ON JOINT STIPULATION</u>

Based on the parties' preceding stipulation, IT IS HEREBY ORDERED that defendants Dick Corporation, Matt Construction Corporation, Dick Corporation/Matt Construction, J.V., American Casualty Company of Reading, Pennsylvania and Hartford Fire Insurance Company shall have until January 31, 2007, to respond to the complaint.

IT IS SO ORDERED:

Dated:  January 12, 2007.                                    /s/ Oliver W. Wanger

                                                                           Judge of the United States District Court

PROPOSED ORDER                                                                                       06-CV-00800-OWW-SMS

PDF created with pdfFactory trial version www.pdffactory.com