1

2

3

4

JEFFREY B. BAIRD, SBN 199280
JUSTIN M. STOGER, SBN 237647

**MARKS, GOLIA & FINCH, LLP**

ATTORNEYS AT LAW
8620 SPECTRUM CENTER BOULEVARD – SUITE 900
SAN DIEGO, CALIFORNIA 92123-1489
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

5

6

Attorneys for Plaintiff United States of America, for the use
and benefit of Mid Canada Millwork, Ltd.

7

8

9

10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

11

12

13

14

15

16

17

18

19

20

21

22

UNITED STATES OF AMERICA FOR
THE USE AND BENEFIT OF MID
CANADA MILLWORK, LTD., a Canadian
corporation,

     Plaintiff,

v.

DICK CORPORATION, a corporation;
MATT CONSTRUCTION
CORPORATION, a corporation; DICK
CORPORATION/MATT
CONSTRUCTION, a Joint Venture;
AMERICAN CASUALTY COMPANY OF
READING, PENNSYLVANIA, a
corporation; HARTFORD FIRE
INSURANCE COMPANY,  a corporation;
and DOES 1 through 20, inclusive,

     Defendants.

CASE NO:  06-CV-00800-OWW-SMS

[Related To Case No.'s]
06-CV-00354-OWW-SMS
06-CV-00800-OWW-SMS
06-CV-01351-OWW-SMS
06-CV-01369-OWW-SMS
06-CV-01736-OWW-SMS
06-CV-01744-OWW-SMS

NOTICE OF VOLUNTARY DISMISSAL
AND ORDER  OF DISMISSAL

23

24

25

26

27

/ / / / /

/ / / / /

/ / / / /

/ / / / /

28

NOTICE OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER  OF DISMISSAL

06-CV-00800-OWW-SMS

1    On March 29, 2010, Use-Plaintiff Mid Canada Millwork, Ltd. ("Mid Canada"), filed a

2  Notice of Settlement (Document 52) indicating that the captioned action, Case No. 06-CV-

3  00800-OWW-SMS, settled.  Before any defendants were required to answer Mid Canada's

4  complaint, the Court imposed a temporary stay of this matter on January 26, 2007.  Therefore,

5  none of the defendants filed an answer (although counsel for the named defendants filed

6  notices of appearance during the temporary stay) in this action.  Nor has any defendant filed a

7  motion for summary judgment.

8    Since none of the defendants filed an answer or a motion for summary judgment in this

9  action, Mid Canada voluntarily dismisses the captioned action, with prejudice, pursuant to

10  Federal Rule of Civil Procedure 41, subdivision (a)(1)(i).  Based on the notice of voluntary

11  dismissal, Mid Canada respectfully requests the Court to dismiss the captioned action, with

12  prejudice.

13  DATED:  May 10, 2010                    MARKS, GOLIA & FINCH, LLP

14

15                                By:  /s/ Justin M. Stoger
                                     JEFFREY B. BAIRD
16                                   JUSTIN M. STOGER
                                     Attorneys for Plaintiff United States of
17                                   America, for the use and benefit of Mid
                                     Canada Millwork, Ltd.

18                                ORDER

19
       Based on the notice of voluntary dismissal by use-plaintiff Mid Canada Millwork, Ltd.,
20
   and for good cause shown, **IT IS HEREBY ORDERED** that case number 06-CV-00800-
21
   OWW-SMS, is dismissed, with prejudice, and closed.
22

23

24

25

26  IT IS SO ORDERED.

27
       Dated:   **May 13, 2010**              **/s/ Oliver W. Wanger**
28                                   UNITED STATES DISTRICT JUDGE

MARKS, GOLIA &
FINCH, LLP
8620 Spectrum
Center Boulevard
Suite 900
San Diego, CA 92123
(858) 737-3100

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MARKS, GOLIA &
FINCH, LLP
8620 Spectrum
Center Boulevard
Suite 900
San Diego, CA 92123
(858) 737-3100

3